NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Kristina S. Azlin (SBN 235238)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
213.896.2400

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Hotel & Lodging Association and Asian American Hotel Owners Association<br><br>Plaintiff(s),<br>v.<br><br>City of Los Angeles<br><br><br>Defendant(s) | CASE NUMBER:<br><br>CASE NO. CV 14-9603<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       Plaintiff Asian American Hotel Owners Association ("AAHOA")
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Asian American Hotel Owners Association | Plaintiff |
| American Hotel & Lodging Association | Plaintiff |
| City of Los Angeles | Defendant |
| John Beccaria and Janet Beccaria of Beccaria Holdings, LLC, Hotel Angelino | Member of Plaintiff AAHOA with an impacted hotel |
| Ashford Hospitality Trust | Member of Plaintiff AH&LA with impacted hotel |
| Host Hotels & Resorts, Inc. | Member of Plaintiff AH&LA with impacted hotel |
| Today's Hotel, Inc. | Member of Plaintiff AH&LA with impacted hotel |
| Sunstone Hotel Investors, Inc. | Member of Plaintiff AH&LA with impacted hotel |
| Pebblebrook Hotel Trust | Member of Plaintiff AH&LA with impacted hotel |
| Omni Hotels & Resorts | Member of Plaintiff AH&LA with impacted hotel |
| Hersha Hospitality Management | Member of Plaintiff AH&LA with impacted hotel |
| (see attached sheet for additional parties) | |

12/16/2014
Date

Signature  *Kristina S. Azlin*

Attorney of record for (or name of party appearing in pro per):

Plaintiff Asian American Hotel Owners Association

## ADDITIONAL PARTIES

| PARTY | CONNECTION |
|---|---|
| Loews Hotels, Inc. | Member of Plaintiff AH&LA with an impacted hotel |
| Hilton Worldwide | Member of Plaintiff AH&LA with an impacted hotel |
| Hyatt Corporation | Member of Plaintiff AH&LA with an impacted hotel |
| Intercontinental Hotel Group | Member of Plaintiff AH&LA with an impacted hotel |
| La Quinta Marriott International, Inc. | Member of Plaintiff AH&LA with an impacted hotel |
| Interstate Hotels and Resorts Worldwide | Member of Plaintiff AH&LA with an impacted hotel |
| Davidson Hotels & Resorts | Member of Plaintiff AH&LA with impacted hotel |
| Kimpton Hotel & Restaurant Group, LLC | Member of Plaintiff AH&LA with an impacted hotel |
| Starwood Hotels & Resorts Worldwide, Inc. | Member of Plaintiff AH&LA with an impacted hotel |

2
CERTIFICATION AND NOTICE OF INTERESTED PARTIES

| | |
|---|---|
| Dated: December 16, 2014 | Respectfully submitted, |
| | HOLLAND & KNIGHT LLP |
| | By: _____ |
| | Kristina Starr Azlin (SBN 235238) |
| | Michael Starr (*Pro Hac Vice* pending) |
| | Attorneys for Plaintiff |
| | Asian American Hotel Owners Association |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

3

CERTIFICATION AND NOTICE OF INTERESTED PARTIES