Kristina S. Azlin (SBN 235238)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail:  kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Facsimile: 212.385.9100
E-mail: michael.starr@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. CV 14-9603<br><br>**PLAINTIFF ASIAN AMERICAN HOTEL OWNERS ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1] |

1
CORPORATE DISCLOSURE STATEMENT

# DISCLOSURE STATEMENT

Pursuant to Fed. Rule Civ. Pro. 7.1, Plaintiff, the Asian American Hotel Owners Association ("AAHOA"), respectively discloses as follows:

1. AAHOA is not a publicly held corporation.
2. AAHOA does not have a parent corporation and no publicly held corporation owns 10% or more of AAHOA stock.

Dated:  December 16, 2014           Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
       Kristina Starr Azlin (SBN 235238)
       Michael Starr (*Pro Hac Vice* pending)

Attorneys for Plaintiff
Asian American Hotel Owners Association