Kristina S. Azlin (SBN 235238)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Facsimile: 212.385.9100
E-mail: michael.starr@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. CV 14-9603<br><br>**PLAINTIFF AMERICAN HOTEL & LODGING ASSOCIATION'S CORPORATE DISCLOSURE STATEMENT**<br><br>[F.R.C.P. 7.1] |

**DISCLOSURE STATEMENT**

Pursuant to Fed. Rule Civ. Pro. 7.1, Plaintiff, the American Hotel & Lodging Association ("AH&LA"), respectively discloses as follows:

1. AH&LA is not a publicly held corporation.
2. AH&LA does not have a parent corporation and no publicly held corporation owns 10% or more of AH&LA stock.

Dated:  December 16, 2014          Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
    Kristina Starr Azlin (SBN 235238)
    Michael Starr (*Pro Hac Vice* pending)

Attorneys for Plaintiff
American Hotel & Lodging Association

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

2
CORPORATE DISCLOSURE STATEMENT