| Name and address: | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Kristina S. Azlin (State Bar No. 235238)<br>400 South Hope Street, 8th Floor<br>Los Angeles, California 90071-2040<br>Tel: (213) 896-2400, Fax: (213) 896-2450<br>Email: kristina.azlin@hklaw.com<br>Attorneys For Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff(s)<br>v.<br><br>CITY OF LOS ANGELES<br><br>Defendant(s). | CASE NUMBER<br>CASE NO. CV 14-9603-AB (SSx)<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Starr, Michael G.                                                                 of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

212-513-3200         212-385-9010
*Telephone Number*    *Fax Number*

*Firm Name & Address*

michael.starr@hklaw.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs American Hotel & Lodging Association and
Asian American Hotel Owners Association

*Name(s) of Party(ies) Represented*      ☒ *Plaintiff*   ☐ *Defendant*   ☐ *Other*:

**and designating as Local Counsel**

Azlin, Kristina S.                                                                of
*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
400 South Hope Street 8th Floor
Los Angeles, CA 90071

Cal. Bar. # 235238        (213) 896 - 2500
*Designee's Cal. Bar Number*   *Telephone Number*

                          (213) 896 - 2450
                          *Fax Number*

*Firm Name & Address*

kristina.azlin@hklaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☒ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** December 19, 2014

*[signature]*

**U.S. District Judge/~~U.S. Magistrate Judge~~**

G–64 ORDER (06/13)  **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***   Page 1 of 1

American LegalNet, Inc.
www.FormsWorkFlow.com