Name and address:
HOLLAND & KNIGHT LLP
  Kristina S. Azlin (State Bar No. 235238)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Tel: (213) 896-2400, Fax: (213) 896-2450
Email: kristina.azlin@hklaw.com
Attorneys For Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff(s)<br><br>v.<br><br>CITY OF LOS ANGELES<br><br>Defendant(s). | CASE NUMBER<br>CASE NO. CV 14-9603<br><br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Marques, Katherine H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
*Firm Name*

31 West 52nd Street        212-513-3200        212-385-9010
                                         *Telephone Number*          *Fax Number*

*Street Address*

New York, NY 10019        katherine.marques@hklaw.com
*City, State, Zip Code*                *E-Mail Address*

**I have been retained to represent the following parties:**

| | | | |
|---|---|---|---|
| American Hotel & Lodging Association | ☒ *Plaintiff* | ☐ *Defendant* | ☐ *Other:* |
| Asian American Hotel Owners Association | ☒ *Plaintiff* | ☐ *Defendant* | ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Courts of the State of New York | 2010 | Active |
| Commonwealth of Massachusetts | 2008 | Active |
| USDC - Dist. of Massachusetts | 2009 | Active |
| U.S. Court of Appeals, 2nd Circuit | 2011 | Active |

American LegalNet, Inc.
www.FormsWorkFlow.com

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California ?  ☐ Yes  ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3) I am not currently suspended from and have never been disbarred from practice in any court.

(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated   1 - 7 - 2015

Katherine Healy Marques
_____
*Applicant's Name (please type or print)*

*Katherine Healy Marques*
_____
*Applicant's Signature*

American LegalNet, Inc.
www.FormsWorkFlow.com

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Azlin, Kristina S.
*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP

*Firm Name*

400 South Hope St., 8th Floor

(213) 896 - 2500      (213) 896 - 2450
*Telephone Number*      *Fax Number*

kristina.azlin@hklaw.com

*Street Address*      *E-Mail Address*

Los Angeles, California 90071
*City, State, Zip Code*

Cal. Bar. # 235238
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel.**

Dated January 7, 2015      Kristina S. Azlin
            *Designee's Name (please type or print)*

            *Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

SECTION I CONTINUED

(Courts Admitted):

| | | |
|---|---|---|
| USDC-SDNY | 2010 | Active |
| USDC-EDNY | 2013 | Active |

American LegalNet, Inc.
www.FormsWorkFlow.com

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **tenth** day of **December** A.D. **2008** , said Court being the highest Court of Record in said Commonwealth:

## Katherine Healy Marques

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-third** day of **December** in the year of our Lord **two thousand and fourteen.**

**MAURA S. DOYLE,** Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Katherine Healy Marques

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the 22nd day of June, 2010, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 23rd day of December, 2014.



*Robert D Mayberger*
Clerk