POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Kristina S. Azlin (SBN 235238)  John A. Canale (SBN 287287)<br>HOLLAND & KNIGHT LLP<br>400 S. Hope Street, 8th Floor<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 896-2400   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plantiff American Hotel & Lodging Association | |

~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF~~ US DISTRICT COURT
STREET ADDRESS: 312 N. Spring Street
MAILING ADDRESS: same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: United States District Court-Cental District of California

| PLAINTIFF/PETITIONER: American Hotel & Lodging Association et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: City of Los Angeles | CV-14-9603AB(SSx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: see attached list

3. a. Party served *(specify name of party as shown on documents served)*:
   City of Los Angeles

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Edwin Grover, Deputy City Clerk, on behalf of the City of Los Angeles

4. Address where the party was served:
   200 N. Spring Street, Room 395, Los Angeles, CA 90012

5. I served the party *(check proper box)*
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 12/29/14   (2) at *(time)*: 1:40 P.M.
   b. [ ] by substituted service. On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

| | |
|---|---|
| PLAINTIFF/PETITIONER: American Hotel & Lodging Association et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: City of Los Angeles | CV-14-9603AB(SSx) |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:   (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: City of Los Angeles
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☑ 416.50 (public entity)            ☐ 415.46 (occupant)
                                          ☐ other:

7. Person who served papers
   a. Name: Kyle Gleason - Apex Attorney Services
   b. Address: 1055 W. 7th Street, Suite 1550, Los Angeles, CA 90017
   c. Telephone number: (213) 488-1500
   d. The fee for service was: $
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☐ owner   ☑ employee   ☐ independent contractor.
         (ii) Registration No.: 3104
         (iii) County: Los Angeles

8. ☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 12/31/14

Kyle Gleason
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     ▶ *(signature)*

POS-020(D)

| SHORT TITLE: American Hotel & Lodging Association and Asian American City of Los Angeles | CASE NUMBER: CV 14-9603-AB (SSx) |
|---|---|

# ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-020)*

**The documents that were personally served are as follows** *(describe each document specifically):*

Summons in A Civil Action (Document 12)

Summons in A Civil Action (Document 11)

Complaint for Declaratory and Injunctive Relief

Civil Cover Sheet

Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice

[Proposed]Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice - Michael G. Starr

Order on Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice - Michael G. Starr

Plaintiff American Hotel & Lodging Association's Corporate Disclosure Statement

Plaintiff Asian American Hotel Owners Association's Corporate Disclosure Statement

Certification and Notice of Interested Parties: American Hotel & Lodging Association (AH&LA)

Certification and Notice of Interested Parties: Asian American Hotel Owners Association (AAHOA)

Notice of Assignment to United States Judges: Andre Birotte, Jr.

Notice to Parties of Court-Directed ADR Program

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL**
**(Documents Served)**

Page 1 of 2

POS-020(D)

| SHORT TITLE: American Hotel & Lodging Association and Asian American City of Los Angeles | CASE NUMBER: CV 14-9603-AB (SSX) |
|---|---|

# ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL (DOCUMENTS SERVED)

*(This Attachment is for use with form POS-020)*

**The documents that were personally served are as follows** *(describe each document specifically):*

Notice of Electronic Filing (Document 10)

Form Approved for Optional Use
Judicial Council of California
POS-020(D) [New January 1, 2005]

**ATTACHMENT TO PROOF OF PERSONAL SERVICE—CIVIL**
**(Documents Served)**

Page 2 of 2

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 12, 2015, I served the document described as **PROOF OF SERVICE OF SUMMONS** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

**[X] (BY MAIL)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope addressed as follows:

> City of Los Angeles
> c/o City Clerk
> 200 N. Spring St., Room No. 395
> Los Angeles, CA 90012.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2015, Los Angeles, California.

By: _____//S//_____
John A. Canale

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450