Kristina Starr Azlin (Bar No. 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>**PLAINTIFFS' NOTICE OF CHANGE OF LEAD ATTORNEY** |

**TO THE COURT, CLERK, THE DEFENDANT AND ITS ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE THAT** Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association hereby correct their lead attorney designation to reflect that Michael Starr of Holland & Knight, LLP, is their lead attorney in this case, not John A. Canale.  Mr. Canale should remain an attorney to be noticed.

DATED:  January 12, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:_____//S//_____
    Kristina Starr Azlin
    Michael Starr

Attorneys for Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association

2
PLAINTIFFS' NOTICE OF CHANGE OF LEAD ATTORNEY

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 12, 2015, I served the document described as **PLAINTIFFS' NOTICE OF CHANGE OF LEAD ATTORNEY** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. The transmission was reported as complete and without error.

**[X] (BY MAIL)**  Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope addressed as follows:

> City of Los Angeles
> c/o City Clerk
> 200 N. Spring St., Room No. 395
> Los Angeles, CA 90012.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 12, 2015, Los Angeles, California.

By: _____//S//_____
John A. Canale

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450