Name and address:
HOLLAND & KNIGHT LLP
Kristina S. Azlin (State Bar No. 235238)
400 South Hope Street, 8th Floor
Los Angeles, California 90071-2040
Tel: (213) 896-2400, Fax: (213) 896-2450
Email: kristina.azlin@hklaw.com
Attorneys For Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION

Plaintiff(s)

v.

CITY OF LOS ANGELES

Defendant(s).

CASE NUMBER
CASE NO. CV 14-9603-AB (SSx)

~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Marques, Katherine H.          of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
31 West 52nd Street
New York, NY 10019

212-513-3200          212-385-9010
*Telephone Number*   *Fax Number*

*Firm Name & Address*

katherine.marques@hklaw.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs American Hotel & Lodging Association and
Asian American Hotel Owners Association

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff*  ☐ *Defendant*  ☐ *Other*:

**and designating as Local Counsel**

Azlin, Kristina S.          of
*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP
400 South Hope Street 8th Floor
Los Angeles, CA 90071

Cal. Bar. # 235238          (213) 896 - 2500
*Designee's Cal. Bar Number*   *Telephone Number*

                            (213) 896 - 2450
                            *Fax Number*

*Firm Name & Address*

kristina.azlin@hklaw.com
*E-Mail Address*

**hereby ORDERS the Application be:**
☒ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

Dated  January 15, 2015

_____
**U.S. District Judge/~~U.S. Magistrate Judge~~**

