Kristina Starr Azlin (Bar No. 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION

Plaintiffs,

vs.

CITY OF LOS ANGELES,

Defendant.

CASE NO. 2:14-cv-09603-AB-SS
Assigned to Hon. Andre Birotte Jr.

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

**[CACD L.R. 8-3]**

| | |
|---|---|
| Complaint served: | Dec. 29, 2014 |
| Current response due: | Jan. 20, 2015 |
| New response date: | Feb. 19, 2015 |

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

**STIPULATION TO EXTEND RESPONSE DATE TO COMPLAINT BY NOT MORE THAN 30 DAYS**

This Stipulation is made and entered into by and between Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association ("Plaintiffs") and Defendant City of Los Angeles ("Defendant"), by and through their respective counsel, with reference to the following:

WHEREAS, the undersigned counsel represent all of the parties in the above-captioned case before this Court;

WHEREAS, the initial summons and complaint were served on Defendant on December 29, 2014;

WHEREAS, pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant is required to file a responsive pleading within 21-days thereafter, which, due to the January 19, 2015 holiday, is January 20, 2015;

WHEREAS, Defendant requires additional time to fully investigate Plaintiffs' complaint and fully respond to its allegations;

WHEREAS, Plaintiffs consent to Defendant's request to extend its deadline to respond to the complaint until February 19, 2015, which is an extension of no more than 30 days; and

WHEREAS, this would be Defendant's first extension in this matter.

NOW, THEREFORE, IT IS HEREBY STIPULATED PURSUANT TO LOCAL RULE 8-3 BY AND BETWEEN THE PARTIES TO THE ABOVE-REFERENCED ACTIONS THAT:

//

//

//

//

//

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

1. The deadline for Defendant to respond to the complaint is extended to Thursday, February 19, 2015.

**IT IS SO STIPULATED.**

DATED: January 16, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: ______________________
Kristina Starr Azlin
Michael Starr

Attorneys for Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association

DATED: January 16, 2015

Respectfully submitted,

CITY OF LOS ANGELES

By: ______________________

Sara Ugaz, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, Room 916
Los Angeles, CA 90012
Tel: (213) 473-6878
Fax: (213) 473-6818
Email: sara.ugaz@lacity.org

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 16, 2015, I served the document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [CACD L.R. 8-3]** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

**[X] (BY MAIL)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope addressed as follows:

City of Los Angeles
The City of Los Angeles
Attn: Sara Ugaz, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, Room 916
Los Angeles, CA 90012

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 16, 2015, Los Angeles, California.

By: //S//
John Canale

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450