1  Kristina Starr Azlin (Bar No. 235238)
   John A. Canale (Bar No. 287287)
2  HOLLAND & KNIGHT LLP
   400 South Hope Street, 8th Floor
3  Los Angeles, California 90071
   Telephone: (213) 896-2400
4  Facsimile: (213) 896-2450
   E-mail: kristina.azlin@hklaw.com,
5  john.canale@hklaw.com

6  Michael Starr (*Pro Hac Vice*)
   Katherine H. Marques (*Pro Hac Vice*)
7  HOLLAND & KNIGHT LLP
   31 West 52nd Street
8  New York, NY 10019
   Telephone: (212) 513-3200
9  Facsimile: (212) 385-9010
   E-mail: michael.starr@hklaw.com,
10 katherine.marques@hklaw.com

11 Attorneys for Plaintiffs
   American Hotel & Lodging Association and
12 Asian American Hotel Owners Association

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>         Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>         Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>**STIPULATION OF PLAINTIFFS AND DEFENDANT RE: BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [*PROPOSED*] ORDER**<br><br>Proposed Hearing: Mar. 23, 2015<br>Time:                   10:00 a.m.<br>Courtroom:         790, Roybal |

1
STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE FOR
MOTION FOR PRELIMINARY INJUNCTION

## STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association ("Plaintiffs") and Defendant City of Los Angeles ("Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows and request that the Court enter the [Proposed] Order attached hereto as Exhibit "A":

WHEREAS, Plaintiffs intend to file a Motion for Preliminary Injunction in this matter in order to be protected from, what they contend, is the irreparable harm that their members will suffer between now and the Court's full adjudication of Plaintiffs' claims on the merits;

WHEREAS, counsel for the Parties have met and conferred and determined that it is in their mutual best interest to extend the briefing schedule on that Motion in order to provide both Plaintiffs and Defendant sufficient time to prepare opposition and reply papers and to set the hearing for a mutually convenient date;

WHEREAS, the parties have agreed to what they believe is an appropriate extended briefing schedule and that the hearing on Plaintiffs' Motion will be set for Monday, March 23, 2015 at 10:00 a.m.;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties and the Court's approval is requested that:

(1) Plaintiffs shall have up to and including **Monday, January 26, 2015**, to file their Motion For Preliminary Injunction and supporting papers;

(2) Defendant shall have up to and including **Monday, February 23, 2015**, to file all opposition papers to Motion For Preliminary Injunction;

(3) Plaintiffs shall have up to and including **Monday, March 9, 2015**, to file their reply papers in further support of their Motion For Preliminary Injunction; and

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

(4) The hearing on Plaintiffs' Motion For Preliminary Injunction shall be held at 10:00 am on **Monday, March 23, 2015**, in Department 790, the Honorable Andre Birotte Jr. presiding.

**IT IS SO STIPULATED.**

DATED: January 16, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _/s/ Kristina Starr Azlin_

Kristina Starr Azlin
Michael Starr

Attorneys for Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association

DATED: January 16, 2015

Respectfully submitted,

CITY OF LOS ANGELES

By: _/s/ Sara Ugaz_

Sara Ugaz, Deputy City Attorney
Los Angeles City Attorney's Office
200 North Main Street, Room 916
Los Angeles, CA 90012
Tel: (213) 473-6878
Fax: (213) 473-6818
Email: sara.ugaz@lacity.org

---

3
STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 16, 2015, I served the document described as **STIPULATION OF PLAINTIFFS AND DEFENDANT RE: BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

**[X] (BY MAIL)** Following ordinary business practices, I placed the document for collection and mailing at the offices of Holland & Knight LLP, 400 S. Hope Street, 8th Floor, Los Angeles, California 90071, in a sealed envelope addressed as follows:

> City of Los Angeles
> The City of Los Angeles
> Attn: Sara Ugaz, Deputy City Attorney
> Los Angeles City Attorney's Office
> 200 North Main Street, Room 916
> Los Angeles, CA 90012

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service, and, in the ordinary course of business, such correspondence would be deposited with the United States Postal Service on the day on which it is collected at the business.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 16, 2015, Los Angeles, California.

By: _____//S//_____
John Canale

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

5
STIPULATION RE: BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION