1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>        Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>**[~~PROPOSED~~] ORDER SETTING BRIEFING AND HEARING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   Mar. 23, 2015<br>Time:             10:00 a.m.<br>Courtroom:     790, Roybal |

1

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE
FOR MOTION FOR PRELIMINARY INJUNCTION

# [~~PROPOSED~~] ORDER

Having duly considered the Stipulation and Request For Order entered into on January 16, 2015, by Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association ("Plaintiffs") and Defendant City of Los Angeles ("Defendant"), and finding good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

(1)  Plaintiffs shall have up to and including **Monday, January 26, 2015**, to file their Motion For Preliminary Injunction and supporting papers;

(2)  Defendant shall have up to and including **Monday, February 23, 2015**, to file all opposition papers to Plaintiffs' Motion For Preliminary Injunction;

(3)  Plaintiffs shall have up to and including **Monday, March 9, 2015**, to file their reply papers in further support of their Motion For Preliminary Injunction; and

(4)  The hearing on Plaintiffs' Motion For Preliminary Injunction shall be held at 10:00 am in this Department 790 on **Monday, March 23, 2015**.

**IT IS SO ORDERED.**

DATED:  January 21, 2015

Hon. André Birotte Jr.,
United States District Judge

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR MOTION FOR PRELIMINARY INJUNCTION