Kristina Starr Azlin (SBN 235238)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: 213.896.2400
Facsimile: 213.896.2450
E-mail: kristina.azlin@hklaw.com
         john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Facsimile: 212.385.9100
E-mail: michael.starr@hklaw.com,
         katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>DECLARATION OF KRISTINA STARR AZLIN<br><br>IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: March 23, 2015<br>Time: 10:00 a.m.<br>Dept.: 790, Roybal<br><br>Complaint Filed: December 16, 2014 |

1
DECLARATION OF KRISTINA STARR AZLIN

**DECLARATION OF KRISTINA STARR AZLIN**

I, Kristina Starr Azlin , the undersigned, hereby declare and state as follows:

1. I am a partner with the law firm of Holland & Knight LLP, and I am one of the attorneys representing Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association ("Plaintiffs") in this matter. I make this Declaration in support of Plaintiffs' Motion for Preliminary Injunction. I am licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts stated herein, except for those stated on information and belief, which I am informed and believe are true. I could and would testify to these facts under oath if called upon to do so.

2. For the Court's ease of reference, attached hereto as Exhibit "1" is a true and correct copy of Los Angeles City Ordinance No. 183241, entitled "Citywide Hotel Worker Minimum Wage Ordinance," as codified in Article 6, Chapter XVIII of the Los Angeles Municipal Code and referred to in Plaintiffs' Motion For Preliminary Injunction as the "Hotel Workers Act" or the "Act". This Ordinance was downloaded from the "LACityClerk Connect" website on January 26, 2015 and is available at the following web address:
http://cityclerk.lacity.org/lacityclerkconnect/index.cfm?fa=ccfi.viewrecord&cfnumber=14-0223.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of January, 2015, at Los Angeles, California.

_____
KRISTINA STARR AZLIN

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 26, 2015, I served the document described as **DECLARATION OF KRISTINA STARR AZLIN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 26, 2015, Los Angeles, California.

By:          //S//
                 Kristina S. Azlin