Firm Profile    Practice Areas    Attorneys    Firm News    Recruiting    Contact Us

Davis Cowell & Bowe LLP



## Firm Profile

Davis, Cowell & Bowe continues a 60-year tradition of representing workers and labor organizations. DCB's founding partners began representing unions as far back as the late 1930's.

Today DCB combines a union-side labor law practice with expertise in civil liberties and constitutional law to serve a diverse client base. DCB represents workers, consumers and shareholders in class action lawsuits involving sex and race discrimination, retiree benefits, antitrust and consumer issues.

Proud of its roots, DCB focuses on developing innovative, effective tactics and strategies to expand and defend workers' rights. We believe that workers and their organizations must claim their role as the moving forces in society and the economy, not simply the objects of corporate strategy.

Firm History

Significant Cases

San Francisco    Las Vegas

Committed to public service and social justice.

Copyright 2005 - 2009 Davis, Cowell & Bowe, LLP. | Disclaimer

Firm Profile     Practice Areas     Attorneys     Firm News     Recruiting     Contact Us

Davis Cowell & Bowe LLP



## Firm History

Davis Cowell & Bowe, LLP, has been in continuous existence since the late 1930s. It was founded by Roland C. Davis, one of the few full-time union lawyers of that era, who was heavily involved in the struggles around the rebirth of the U.S. labor movement.

After World War II, the firm came to concentrate on the representation of retail clerks, hotel and restaurant workers and firefighters. With the expansion of large-scale gaming in Las Vegas in the 1950s, representing casino workers became another large part of the firm's work.

Many unions started benefit funds in the post-war period for the protection of their members. These included pension and health care plans financed through negotiated employer contributions. Davis Cowell & Bowe helped many unions form, administer, and improve these plans. These important benefits have been preserved over the intervening years despite many pressures against them. Today, one of the hallmark differences between organized and unorganized workers is the existence of these important protections.

Starting in the 1980s, Davis Cowell & Bowe was instrumental in helping to pioneer new ways of organizing. These included the "comprehensive campaign" and the use of negotiated organizing agreements, sometimes called "card check/neutrality agreements" that provide an alternative to adversarial representation litigation at the National Labor Relations Board.

The firm experienced a substantial expansion

during the 1990s both in practice areas and geographically. Since the 1960s, Davis Cowell & Bowe has represented employees in retirement benefit and prevailing wage class action cases. In the 1990s, this area of practice grew to include wage and hour and discrimination cases. The firm's representation of construction-industry unions also increased greatly during this period of time. Davis Cowell & Bowe lawyers have also become the leaders in drafting (and defending) labor standards laws throughout the United States.

In the 1990s, but particularly in the present decade, Davis Cowell & Bowe's work grew to include quite literally the four corners of the continental United States and Hawaii.

San Francisco    Las Vegas

Committed to public service and social justice.

Copyright 2005 - 2009 Davis, Cowell & Bowe, LLP. | Disclaimer

Firm Profile    Practice Areas    Attorneys    Firm News    Recruiting    Contact Us

Davis Cowell & Bowe LLP



### Richard G. McCracken

Rich is a DCB partner. He serves as International Counsel to UNITE HERE. He also is the principal outside counsel to the Sheet Metal Workers' International Association and is counsel to the Nevada State Federation of Labor.

Rich's work has been concentrated in comprehensive strategic campaigns, especially in support of organizing. As a result, the cases he has handled include landmarks in securities and corporations law, as well as labor law, in the supreme courts of the United States, California, Nevada and Oklahoma, and the United States appeals and district courts. His emphasis, however, has been not so much on litigation but on helping to design powerful new techniques that conform to and make use of the law but do not involve litigation.

**Contact**

San Francisco
(415) 597-7200
Fax: (415) 597-7201

Las Vegas
(702) 386-5107
Fax: (702) 386-9848

rmccracken@dcbsf.com

**Admitted**

CA, NV, IN (inactive)

**Degrees**

BA, University of California at Berkeley

JD, University of California, Berkeley, School of Law

### Cases

San Francisco    Las Vegas

Davis, Cowell & Bowe, LLP

Committed to public service and social justice.

Copyright 2005 - 2009 Davis, Cowell & Bowe, LLP. | Disclaimer