Case 2:14-cv-09603-AB-SS Document 25-4 Filed 01/26/15 Page 1 of 2 Page ID #:237

10/7/2014      City of Los Angeles Mail - Fwd: LA Daily News editorial: L.A. minimum-wage hike deserves support — with conditions



# Fwd: LA Daily News editorial: L.A. minimum-wage hike deserves support — with conditions

**Cecilia Cabello** <cecilia.cabello@lacity.org>      Mon, Sep 29, 2014 at 3:45 PM
To: Andrew Westall <Andrew.Westall@lacity.org>, Edward Johnson <edw.johnson@lacity.org>, Chad Molnar <chad.molnar@lacity.org>, david grahamcaso <david.grahamcaso@lacity.org>, connie llanos <connie.llanos@lacity.org>, Marisa Alcaraz <marisa.alcaraz@lacity.org>, Jennifer Rivera <jennifer.rivera@lacity.org>, Louis Reyes <louis.reyes@lacity.org>, Jim Dantona <jim.dantona@lacity.org>, linda.serratoybarra@lacity.org

FYI

Cecilia Cabello
Deputy Director | External Affairs
Office of LA Mayor Eric Garcetti
(213) 978-0600
www.lamayor.org

Begin forwarded message:

> **From:** Jeff Millman <jeff.millman@lacity.org>
> **Date:** September 29, 2014 at 3:22:23 PM PDT
> **To:** Julie Ciardullo <julie.ciardullo@lacity.org>, Nicholas Greif <nicholas.greif@lacity.org>, Kelli Bernard <Kelli.Bernard@lacity.org>, Ana Guerrero <ana.guerrero@lacity.org>, Richard Llewellyn <richard.llewellyn@lacity.org>, Rick Jacobs <rick.jacobs@lacity.org>, Cecilia Cabello <cecilia.cabello@lacity.org>, Heather Repenning <heather.repenning@lacity.org>, Henry Casas <henry.casas@lacity.org>, yusef robb <yusef.robb@lacity.org>, Molly Fowler <molly.fowler@lacity.org>, Marie Lloyd <marie.lloyd@lacity.org>, Vicki Curry <Vicki.Curry@lacity.org>, Oliver DelGado <Oliver.DelGado@lacity.org>, Colin Sweeney <colin.sweeney@lacity.org>
> **Subject: LA Daily News editorial: L.A. minimum-wage hike deserves support — with conditions**
>
> http://www.dailynews.com/opinion/20140929/la-minimum-wage-hike-deserves-support-x2014-with-conditions-editorial
>
> L.A. minimum-wage hike deserves support — with conditions: Editorial
> POSTED: 09/29/14, 3:06 PM PDT
>
> There is no single solution to the Los Angeles area's economic problems. If anybody says it's all about putting more money in the pockets of the working poor, or all about lowering the cost of running a business, they're probably looking at the issue from only one side.
>
> Mayor Eric Garcetti's proposal to impose a minimum wage in Los Angeles — while urging other Southern California cities to follow suit — is not a magic bullet. But it can be part of an effective strategy to restore the region's economy.
>
> This editorial board supports Garcetti's plan to phase in a $13.25-an-hour minimum wage by 2017. Only, though, if it is accompanied by an easing of the city's notorious gross-receipts tax and other efforts to improve the business climate for the benefit of both proprietors and employees.
>
> Here's another condition that interest groups and residents should set before voicing support for

Case 2:14-cv-09603-AB-SS   Document 25-4   Filed 01/26/15   Page 2 of 2   Page ID #:238

10/7/2014                City of Los Angeles Mail - Fwd: LA Daily News editorial: L.A. minimum-wage hike deserves support — with conditions

Garcetti's citywide plan: Garcetti must veto the other minimum wage hike, the one advanced last week by the City Council, applying only to workers at large, nonunion hotels. This steep wage increase to $15.37 an hour, targeting one slice of one industry, is expedient because it would help politically active organized labor by encouraging hotel owners to sign union contracts. It would not, however, help the economy of the entire city, and the size of the increase would create greater hardship for the affected businesses.

Garcetti's citywide plan would order a minimum wage of $10.25 an hour in 2015, 14 percent above the current $9 state minimum; $11.75 in 2016, 17.5 percent above the $10 state rate that takes effect in 2016; and $13.25 in 2017, 32.5 percent above the state's $10 rate. After that, the city minimum would be linked to inflation.

The plan is moderate and thoughtful; labor leaders' calls for even higher minimums should be resisted. It would give some help to people who work full time but struggle to get by on the current minimum; they will spend most of the extra money, churning the economy. Though the mayor refers to this as the largest anti-poverty program in L.A. history, he does not pretend it's a panacea. He acknowledges it will raise business expenses and, thus, consumer prices in such industries as restaurants but concludes that the good will outweigh the bad.

Garcetti and the City Council should protect nonprofit businesses from this impact.

Most impressive, when Garcetti discussed the proposal with editorial board members recently, he also enumerated more than a half-dozen ways his administration is trying to stimulate business, including the promotion of land development, marketing the region's opportunities to other states and countries, support for film and TV production incentives, and "troubleshooting" bureaucracy.

Most important, Garcetti called the proposed phase-out of the city's damaging gross-receipts business tax "a core principle for me." He should fight for that and the minimum wage equally urgently.

This editorial board has long supported eliminating the gross-receipts tax. It supports a city minimum wage, too, as part of a well-rounded economic strategy.