

March 25, 2014

Honorable Members of the Economic Development Committee
c/o Gerry Miller
Office of the Chief Legislative Analyst
200 North Spring Street, Room 255
Los Angeles, CA 90012

Dear Committee Members:

Thank you all for recently meeting with me recently.

As voiced in our meetings, the California Hotel & Lodging Association believes that a mandate to increase wages for only hotel employees to $15.37 per hour will negatively impact the City of Los Angeles.

It's for that reason we are supportive of the Economic Development Committee's directive to study the economic impact of such a mandate. It is our request that the Office of Economic Analysis (OEA), which was established by the City Council for the purpose of incorporating economic impact analysis into the City's legislative decision-making process conduct this research on behalf of the Council. OEA already has considerable experience in such endeavors, and familiarity with the hotel industry via the economic impact analysis of the proposed downtown stadium and convention center project.

Areas of analysis should include:

- By what means has the wage been determined to be $15.37 per hour? With the Affordable Care Act being implemented, how its implementation effect this figure, if at all?
- Competitive Issues:
    - Convention/Group/Corporate business:
        - What would be the ability for area hotels to compete for future convention business with Anaheim, San Diego, and San Francisco?
        - How does the competitive environment change for group and corporate meetings with surrounding areas such as West Hollywood, Pasadena, Marina Del Rey, and others as well as regional competitors in Southern California?
    - Restaurant/Catering/Banquets:
        - How would such a mandate impact restaurants and food service in hotels?
        - What is the rationale for exempting an identical business, such as a restaurant or meeting venue, just because it is not in a hotel?

   

*PROTECTING THE RIGHTS & INTERESTS OF THE CALIFORNIA LODGING INDUSTRY.*
414 Twenty-Ninth Street | Sacramento, CA 95816-3211 | 916.444.5780 | www.calodging.com

- General Operations:
  - Complete a comprehensive hotel & lodging industry wage survey.
  - Identify operational changes (pricing, reduction in hours, services elimination, etc.) that further compound the ability to compete with other regional hotel properties?
- Size of Hotels:
  - What will be the economic impact of hotels reducing the number of rooms (see Long Beach example below)?
  - How many employees will be displaced by these room reductions and what is the impact upon the City of Los Angeles?
  - What is the economic rationale for the size of an impacted hotel proposed to be 100 rooms or greater?
  - What is the difference in a 100 room hotel from a 300 room hotel (for example) that would justify the increased wage mandate?
- Future Development:
  - How will this impact the ability to attract hotel development/financing?
  - Published reports indicate the Los Angeles Convention Center needs 4,000 additional hotel rooms to begin to be competitive – how does this mandate effect the development and/or timing of any future development?
  - If there would be an impact on development, how would this effect the City's ability to attract marquee events, such as the Olympics?
- Exemptions:
  - What is the economic rationale for exempting hotels with collective bargaining agreements?
    - Why don't union employees deserve a living wage?
  - What is the rationale for including tipped employees that effectively earn a wage above the proposed mandate?
- Review of comparable circumstances:
  - LAX Living Wage:
    - What is the nexus (equivalent to LAX) for expanding this mandate, and why just hotels? Why wouldn't other employees deserve this increased wage?
    - Why are businesses with collective bargaining agreements exempt and what is the economic analysis to employee wages.
    - Of businesses that don't provide the higher tiered rate (excluding health care benefits), how many employees utilized the additional hourly rate to purchase health care coverage?
  - Long Beach Living Wage:
    - What is the impact on the (at least) 75 employees who lost jobs as a direct result of this measure?
    - What is the effect of the loss of revenue and taxes from the closure of 41 and 75 rooms, respectively, from the two area hotels which reduced their room numbers?

- Of all hotel employees, how many were effected and how many did not receive the living wage increase because they worked in union hotels?
- Administration:
    - What is the annual cost to the City of Los Angeles to implement, monitor, and respond to issues related to this mandate?
    - How many employees would be required to administer this mandate?
    - How would the tax collection receipts be affected?

In addition to these limited issues, the economic firm chosen to perform this economic analysis should be agreeable to all stakeholders in this matter, studying the issue broadly and in its entirety. The premise of raising wages to create additional spending must be coupled with the cost of providing these wages and the reduction of jobs and income which will also affect the economy.

Thank you for your consideration.

Sincerely,

Lynn S. Mohrfeld, CAE
President & CEO


cc:  Chair Price
     Vice Chair Krekorian
     Councilmember Cedillo
     Councilmember Huizar
     Councilmember Martinez