

Justin Wesson <justin.wesson@lacity.org>

# San Diego Wage Update

1 message

**Lynn Mohrfeld** <LMohrfeld@calodging.com>
To: "justin.wesson@lacity.org" <justin.wesson@lacity.org>
Cc: "John Ek (john@ek-ek.com)" <john@ek-ek.com>, "Franco, Victor" <victor@ek-ek.com>, "noel.pallais@lacity.org" <noel.pallais@lacity.org>, "andrew.westall@lacity.org" <andrew.westall@lacity.org>

Tue, Jul 15, 2014 at 12:01 PM

Justin:

I wanted to follow-up on our discussion of the proposed LA Living Wage ordinance.

In case you haven't seen a copy of the PKF Consulting report, it's on our web site at:

http://www.calodging.com/about/chla-news/la-city-council-minimum-wage-hike-for-hotel-industry-will-cost-jobs-taxes-f/

In addition to the "$15 now" filing for LA...

As you are probably aware, San Diego approved their minimum wage ordinance last night. It applies to all businesses, phasing in the increase to $11.50 by 2017 and includes five sick days as well. Below is the SD Union-tribune's article on it:

http://www.utsandiego.com/news/2014/Jul/14/san-diego-minimum-wage-/2/?#article-copy

Also, I've attached a report detailing the impact to the City of San Diego, prepared by IBA (Independent Budget Analysis) of the City of San Diego. From the conclusion, it suggests a cost of administration and cost to hourly City employees of $1.2mil annually and also has some good comparison tables and background information.

Any questions, please feel free to contact me.

Lynn

**Lynn S. Mohrfeld, CAE**

**President & CEO**

California Hotel & Lodging Association - www.calodging.com

California Association of Boutique & Breakfast Inns - www.cabbi.com

Direct: 916.554.2664 / ▓▓▓▓▓▓▓▓▓▓ / Fax: 916.444.5848

414 29th Street / Sacramento, CA 95816-3211

---

IT'S BACK! The Northern California Hotel & Lodging Conference
South San Francisco Conference Center
Thursday, August 21st - Register Now!

---

📄 **IBA report-Minimum Wage.pdf**
9344K



Andrew Westall <andrew.westall@lacity.org>

# Legal Opinion Regarding Union Application of Proposed Living Wage

1 message

---

**Lynn Mohrfeld** <LMohrfeld@calodging.com>                                  Tue, Jul 22, 2014 at 2:12 PM
To: "justin.wesson@lacity.org" <justin.wesson@lacity.org>
Cc: "John Ek (john@ek-ek.com)" <john@ek-ek.com>, "Franco, Victor" <victor@ek-ek.com>,
"andrew.westall@lacity.org" <andrew.westall@lacity.org>

Justin:


A little more information regarding the proposed living wage for hotels...


The attached legal opinion addresses the question of whether the proposed living wage ordinance can apply to hotel properties with collective bargaining agreements (CBA's). We had heard in other council offices that the living wage couldn't apply to properties with CBA's and that if a property entered into a CBA, they would be exempt from applying the proposed living wage.


I believe the ordinance could be written that way, however, it appears there is no reason it can't apply to properties with a CBA.


I am also attaching a couple of cases, one from the State of Washington, that confirm that just because an employer has a collective bargaining agreement does not exempt it from local ordinances.


Any questions, just let me know –


Lynn


**Lynn S. Mohrfeld, CAE**

**President & CEO**

California Hotel & Lodging Association - www.calodging.com

California Association of Boutique & Breakfast Inns - www.cabbi.com

Direct: 916.554.2664 / ~~Mobile~~ / Fax: 916.444.5848

414 29th Street / Sacramento, CA 95816-3211

---

IT'S BACK! The Northern California Hotel & Lodging Conference
South San Francisco Conference Center

Thursday, August 21st - Register Now!

---

**3 attachments**

 **Living Wage For CBA Entities - Legal Opinion 07-14.pdf**
689K

 **HUNTLEY v. FRITO LAY INC - FindLaw.html**
34K

**SELF v. UNITED PARCEL SERVICE, INC.  Leagle.com.html**
48K