Kristina Starr Azlin (SBN 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9100
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>DECLARATION OF MITCHELL S. ROBERTS<br><br>IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: March 23, 2015<br>Time: 10:00 a.m.<br>Dept.: Courtroom 790, Roybal<br><br>Complaint Filed: December 16, 2014 |

1
DECLARATION OF MITCHELL S. ROBERTS

## DECLARATION OF MITCHELL S. ROBERTS

I, MITCHELL S. ROBERTS, the undersigned, hereby declare and state as follows:

1. I give this declaration in support of the Motion for Preliminary Injunction filed in the above-captioned matter by Plaintiffs American Hotel & Lodging Association ("AHLA") and Asian American Hotel Owners Association ("AAHOA"). I have personal knowledge of the matters stated below except for those stated on information and belief, which I am informed and believe are true. I could testify to each of the facts stated below under penalty of perjury if called upon to do so.

<u>The Beverly Hills Crowne Plaza Hotel</u>

2. The Beverly Hills Crowne Plaza Hotel ("Crowne Plaza") is a luxury boutique hotel located at 1150 South Beverly Drive, Los Angeles, California 90035. Currently, Crowne Plaza is a brand of hotels under the aegis of the InterContinental Hotels Group ("IHG").

3. Though situated in the City of Los Angeles, the Crowne Plaza is across the street from the City of Beverly Hills. In the City of Beverly Hills there are many upscale hotels which compete with the Hotel for business, among them, the Avalon, The Luxe Rodeo Drive, Sixty Beverly Hills, and the Beverly Hilton. These competitors are not covered by the "Citywide Hotel Worker Minimum Wage Ordinance" (the "Hotel Workers Act").

4. Crowne Plaza offers 258 rooms and features over 4,000 square feet of flexible meeting and event space which can accommodate up to 300 guests, along with catering, dining and recreational amenities.

5. Crowne Plaza outsources certain operations, including its limousine service and self-parking operation. These functions are important components in providing the luxury environment and guest services for which the Crowne Plaza is recognized.

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

Ownership and Management Structure

6. The fee owner of the hotel property is New Beverly Hills Ltd. Partnership, which is a subsidiary of Ashford Hospitality Trust, Inc. ("Ashford Trust"),.

7. Ashford Trust together with its subsidiaries is a real estate investment trust, or REIT governed by Section 856 of the Internal Revenue Code. I am employed as Asset Manager for Ashford Hospitality Advisors which provides asset management services for Ashford Hospitality Trust, Inc., its subsidiaries and affiliates all of whom are located at 14185 Dallas Parkway, Suite 1100 in Dallas Texas. Ashford TRS Pool LLC ("Ashford TRS), a taxable subsidiary of Ashford Trust, leases the land and improvements, including the Hotel building, from the fee owner. Ashford TRS has entered into a management agreement with a hotel management company, Remington Lodging & Hospitality, LLC ("Remington Lodging"), to manage the day-to-day operations of Crowne Plaza. Remington Lodging employs Crowne Plaza's hotel workers.

8. This type of arrangement—whereby a fee owner of a hotel property leases it to a taxable subsidiary which in turn contracts with a management company to run the day-to-day operations of the hotel—is a typical arrangement for REITs in the hospitality industry. Although we are not the direct employer of the hotel workers covered by the Hotel Workers Act, we have a considerable financial and investment interest in the Crowne Plaza. It also appears that we are directly subjected to the Hotel Workers Act, as, I am informed, that the ordinance defines "Hotel Employer" to mean "a Person who owns, controls and/or operates a Hotel in the City" of Los Angeles. Therefore, we are keenly interested in the impact of the Hotel Workers Act on the hotel operations for the Crowne Plaza.

Hotel Workers Act Adverse Effects

9. I have reviewed the Hotel Workers' Act, and have familiarized myself with its provisions.

3
DECLARATION OF MITCHELL S. ROBERTS

10. The minimum wage rate of $15.37 mandated under the Hotel Workers Act—irrespective of tips, service charge payments or any other payments that are made to employees—will become effective for Crowne Plaza in July 1, 2016 (and by then it is anticipated to be a Marriott-branded hotel). The mandated rate of $15.37 is subject to automatic adjustment as of July 1 of each year. The Hotel Workers' Act also contains what is known as the "service charge provision" which requires hotels to pass through service charges assessed by the Hotel for a banquet to employees who provide direct banquet services—and only to those employees.

11. Crowne Plaza has a significant banquet business, hosting corporate meetings and social events. The Food and Beverage employees who serve at banquets and other events are among the highest paid hourly employees at the Hotel. The hotel has one full time banquet employee (the others are on call) This person already earns over $15.37 per hour when the gratuity is added into his wages.

12. The Hotel Workers Act will negatively impact the Crowne Plaza in significant ways. We anticipate disruptions in operations from non-banquet employees as morale drops and concerns arise about the inequitable wage structure that will undoubtedly result from paying service charges to those employees who are already among the highest paid hourly employees.

13. Raising the cost of a room stay or functions at Crowne Plaza to make up for the increased wage costs (including increased contributions to federal and state taxing agencies, the Employment Development Department for California State Disability Insurance, and potentially workers' compensation insurance), is not a viable option, for the obvious reason that we risk losing customers. Not only do we risk losing business to our competitors in Beverly Hills, who are not covered by the Hotel Workers Act, but we risk losing business to unionized hotels who obtain a waiver from the Act's mandated wage and revenue distribution requirements. Alternatively, it is conceivable that certain amenities offered now to guests would have to be eliminated as a costs-savings measure. That could potentially lead to

4
DECLARATION OF MITCHELL S. ROBERTS

unintended reductions in the workforce and employment of hotel workers, and/or would impair the Crowne Plaza's ability to offer a upper upscale hotel experience to its guests.

14. We have considered leasing the restaurant at the Crowne Plaza to a third party operator. That third party operator, however, will also be covered by the Hotel Workers Act, and therefore the ability and financial benefit derived from such action would be adversely affected.

The Hotel Workers Act's Tendency to Promote Unionization

15. Crowne Plaza is operated as a non-union hotel, and I am unaware of any effort by Local 11 or any other union to organize the hotel workforce.

16. The Hotel Workers Act provides unionized hotels with a significant benefit in that they can negotiate a waiver of the provisions, most likely in return for agreements from non-unionized hotels such as ours. While we would not normally consider entering into a neutrality agreement or otherwise unilaterally recognize a union, we would certainly have to give these alternative courses of action careful consideration in order to offset the competitive disadvantage at which the Hotel Worker's Act places our hotel. Alternatively, the hotel would be faced with making operational decisions that would affect its reputation in the market without the option of obtaining a waiver through a collective bargaining agreement. Accordingly, it appears that the Hotel Workers Act is a backdoor way to assist the unionization of non-union workers, by way of promoting recognition of the Union, or, at minimum, neutrality agreements which pave the way for unionization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2015, at Dallas, Texas.

_____
MITCHELL S. ROBERTS

5
DECLARATION OF MITCHELL S. ROBERTS

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 26, 2015, I served the document described as **DECLARATION OF MITCHELL S. ROBERTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 26, 2015, Los Angeles, California.

By: _____//S//_____
Kristina S. Azlin

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450