Kristina Starr Azlin (SBN 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail:  kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice* pending)
Katherine H. Marques (*Pro Hac Vice* pending)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9100
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>DECLARATION OF LINDA STIGTER<br><br>IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:   March 23, 2015<br>Time:  10:00 a.m.<br>Dept.:  790, Roybal<br><br>Complaint Filed: December 16, 2014 |

1

DECLARTION OF LINDA STIGTER

# **DECLARATION OF LINDA STIGTER**

I, LINDA STIGTER, the undersigned, hereby declare and state as follows:

1. I give this declaration in support of the Motion for Preliminary Injunction filed in the above-captioned matter by Plaintiffs American Hotel & Lodging Association ("AHLA") and Asian American Hotel Owners Association ("AAHOA"). I have personal knowledge of the matters stated below except for those stated on information and belief, which I am informed and believe are true. I could testify to each of the facts stated below under penalty of perjury if called upon to do so.

The Four Seasons Hotel

2. I am employed by FS Hotels (LA), INC ("Four Seasons") as the Director of Human Resources at the hotel commonly referred to as Four Seasons Hotel Los Angeles, at Beverly Hills (the "Four Seasons Hotel" or "Hotel"). Four Seasons Hotels Limited is the management company for the Hotel and provides the global luxury brand for the Hotel. The hotel property is owned by Burton Way Hotels LLC.

3. I have been working in the field of Human Resources in the hospitality industry for 15 years, and overall in the hospitality industry for almost 30 years. I have been working with Four Seasons Hotels for approximately 23 years, allowing for a brief hiatus in 2013 with another hotel group.

4. The Four Seasons Hotel is located at 300 South Doheny Drive, Los Angeles, California 90048. Doheny Drive is the dividing line between the City of Los Angeles and the City of Beverly Hills. The Four Seasons Hotel is situated on the East side, or Los Angeles side, of Doheny Drive. Immediately across the street from the Hotel on the West side of Doheny Drive is the City of Beverly Hills. In the City of Beverly Hills, within a five mile radius of the Four Seasons Hotel, there are many luxury hotels that compete with the Hotel for business. Among them are the Beverly Wilshire, L'Ermitage, Montage Beverly Hills, The Beverly Hills Hotel and Bungalows, the Beverly Hilton and the Peninsula Beverly Hills. These direct

competitors are not covered by the "Citywide Hotel Worker Minimum Wage Ordinance" (the "Hotel Workers Act").

5. The Four Seasons Hotel has 285 rooms, and employs approximately 550 full-time employees. There is a roster of approximately 70 casual employees. All of the employees are employed by Four Seasons.

6. A unique aspect of the Four Seasons Hotel is that it has a kosher kitchen and works closely with a dedicated kosher team, including several Rabbis. Thus, the Hotel attracts a significant banquet trade where scrupulous observance of religious protocols is critical in planning events. Another unique feature of the Hotel is the outdoor event space, so that much of the banquet business caters to outdoor weddings and associated events. Our Hotel attracts all manner of banquet events because of this unique feature of the Hotel, providing for significant employment opportunities for the Food and Beverage employees. Our occupancy rates are also affected by banquet functions, as guests attending these functions will book rooms.

7. In addition, the Four Seasons Hotel attracts Hollywood Industry events, including press junkets and motion picture launch parties. These events—often elaborate affairs with hundreds, if not thousands, of guests—provide another principal source of work for our Food and Beverage Department employees.

8. These banquet functions and events are responsible for a significant portion of the Hotel's revenue, particularly given the smaller number of rooms we offer in comparison to other hotels. That is why, as I explain below, the Hotel Workers Act will have a particularly significant adverse economic impact on the Hotel as compared to our competitors.

9. The Four Seasons Hotel operates an extensive Food and Beverage component, with the acclaimed Culina Restaurant, Pool Cabana, and Windows Lounge.

10. The Four Seasons Hotel outsources certain operations, including the flower shop, which handles all the floral arrangements for the Hotel, gift shop,

3
DECLARTION OF LINDA STIGTER

grounds maintenance and gardening, night cleaners, and limousine services, to independent businesses. Though these are not functions that are performed by the Four Seasons Hotel employees, nonetheless, they are important components in providing the world class hotel environment and service for which the Four Seasons Hotel is notably regarded.

Hotel Workers Act Adverse Effects

11. I have reviewed the Hotel Workers Act, and have familiarized myself with its provisions.

12. The minimum wage rate of $15.37 mandated under the Hotel Workers Act—irrespective of tips, service charge payments or any other payments that the Four Seasons makes to its employees—will become effective for the Four Seasons in July 1, 2016. The mandated rate of $15.37, however, is subject to automatic adjustment as of July 1 of each year. However, currently in effect is what is known as the "service charge provision" by which hotels covered by the Hotel Workers Act must pass through to employees who provide direct banquet services—and only to those employees—any charge, whatever its label, levied on the banquet function related to banquet service. This provision also affects Hotel workers who actually deliver food and beverage or who actually carry baggage. Left out of the provision are the other categories of Hotel workers who can be classified as "heart of the house" as their positions do not directly serve our guests—though they may interface with guests—but instead they support or serve those who directly serve our guests.

13. Under the Hotel Workers Act, service charges must be paid directly to, and shared equitably among, only the hotel employees who perform services directly to the customer who is paying the service charge. The problem is that the Food and Beverage employees who serve at banquets and other events are among the highest paid employees at the Hotel, most if not all making over $15.37 per hour taking into account their regular wages and earnings from service charges. And, the remainder

4
DECLARTION OF LINDA STIGTER

of the Hotel's non-exempt workers are cut out completely from the Hotel Workers Act.

14. The Hotel Workers Act requirement will negatively impact the Four Seasons in significant ways.

15. One way the Hotel Workers Act will have a detrimental impact on the Four Seasons Hotel's operations is by skewing the wage scale for all employees. This will have an immediate impact on our operations and will dramatically increase our overall labor costs. We anticipate considerable morale and retention issues to arise when non-banquet employees, such as a non-tipped cook or hostess, learn of the higher wages being paid to a banquet server simply because the server directly provided services to the patron. Yet, these other workers were preparing food for the banquet, cleaning rooms or serving our guests in ways not accounted for by the Hotel Workers Act.

16. Undoubtedly, there will be pressure to raise the wage scale across-the-board, particularly in light of equal pay issues under discrimination laws, along with the challenge of managing revenue and operating costs and remaining competitive with other nearby hotels in the City of Beverly Hills that will not be affected by this mandate.

17. All things taken into account, and especially due to the impact on the Hotel's food and beverage operations, and the commensurate impact on the wage structure throughout the Hotel, the projected cost of implementing the Hotel Workers Act is $1.7 million dollars annually. Given anticipated wage inflation in subsequent years, the projected sum of $1.7 million dollars annually could well be exceeded.

### The Hotel Workers Act's Focus on Promoting Unions

18. There have been a few times in the past that I recall when Local 11 of UNITE HERE, has contacted employees at the Four Seasons Hotel in an effort to organize the hotel workers for the purpose of collective bargaining. These efforts have been unavailing, as the Four Seasons Hotel has remained a non-union hotel. To

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

my recollection, at no time has there ever been a union representation election at the Hotel or a requested card check, nor has any group of workers at the Hotel presented a petition to Hotel management requesting union representation.

19. Four Seasons is assessing how it will respond to the $1.7 million dollars in projected annual increased costs which will result from the Hotel Workers Act.

20. Raising the cost of our banquets and other events is not a viable option, for the obvious reason that we risk losing customers. Not only do we risk losing business to our competitors who are not covered by the Hotel Workers Act, but we risk losing business to unionized hotels who obtain a waiver from the Act's mandated wage and revenue distribution requirements. We are also locked into contractual arrangements for future events, making it impossible, or impracticable in terms of customer relations, to increase costs of the event. Clearly, raising costs to our customers is not a simple or feasible solution.

21. In view of this anticipated competitive disadvantage, the Hotel will be facing a new economic reality if the Act takes full effect. If the Union were to attempt to organize at the Hotel, the economic analysis the Hotel undertakes under such circumstances would be decidedly different than it would have otherwise because of the labor cost increases and potential operational disruptions necessitated by the Hotel Workers Act.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January, 2015, at Los Angeles, California.

_____
LINDA STIGTER

#34515560_v1

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 26, 2015, I served the document described as **DECLARATION OF LINDA STIGTER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 26, 2015, Los Angeles, California.

By: _____//S//_____
Kristina S. Azlin