Kristina S. Azlin (SBN 235238)
John A. Canale (SBN 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California  90071
Telephone 213.896.2400
Facsimile  213.896.2450
E-mail:  kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: 212.513.3200
Facsimile: 212.385.9100
E-mail: michael.starr@hklaw.com,
Katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

Holland & Knight LLP
400 South Hope Street, 8ᵗʰ Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>DECLARATION OF MICHAEL WLODKOWSKI<br><br>IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:   March 23, 2015<br>Time:  10:00 am<br>Dept.:  790, Roybal<br><br>Complaint Filed: December 16, 2014 |

1

DECLARATION OF MICHAEL WLODKOWSKI

## DECLARATION OF MICHAEL WLODKOWSKI

I, MICHAEL WLODKOWSKI, hereby declare and state as follows:

1.      I give this declaration in support of the Motion For Preliminary Injunction filed in the above captioned matter by Plaintiffs the American Hotel & Lodging Association and Asian American Hotel Owners Association.   I have personal knowledge of the matters stated below except for those stated on information and belief, which I am informed and believe are true.  I could testify to each of the facts stated below under penalty of perjury if called upon to do so.

2.      I am the General Manager of the Renaissance Los Angeles Airport Hotel located at 9620 Airport Boulevard, Los Angeles, California 90045 ("*Renaissance LAX*" or the "*Hotel*"). I have 29 years of experience in the hospitality industry in California. As the General Manager, I am responsible for the successful operation of the Hotel, including overseeing finances, associate engagement and management, and guest services. Through my work, I am familiar with the hotel's business records, staffing, and pay records.

3.      The Renaissance LAX is a luxury hotel with 499 guest rooms over eleven floors. It is a full-service hotel offering a full-service restaurant and lounge, conference and event facilities, a fitness center, and pool. It is owned by Sunstone Hotel Investors, Inc. and operated by a subsidiary of Marriott International, Inc.   All of the Hotel employees are employed by Renaissance Hotel Operating Company, a subsidiary of Marriott International, Inc. (the "*Employer*").

4.      The 96th Street Bistro is an in-hotel restaurant focused on serving fresh California cuisine for breakfast, lunch, and dinner. All of its employees are employed by Employer.

5.      As its name implies, the Hotel is located near Los Angeles International Airport in a part of the City of Los Angeles known as the "LAX Corridor."

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

2

DECLARATION OF MICHAEL WLODKOWSKI

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

**City Hotel Ordinances**

6.     The Hotel has been affected by prior Los Angeles ordinances targeting the hotel industry.  In particular, a law that was enacted in 2007 set a minimum wage higher than the California minimum wage that was only applicable to hotels, like the Renaissance LAX, located in the LAX Corridor (the "*2007 Hotel Ordinance*").  As of October 2014 (when the new ordinance was passed) hotels subject to the 2007 ordinance had to pay a cash wage of $11.03 per hour, plus an additional $1.25 per hour towards health benefits, or a full cash wage of $12.28 per hour, unless they had obtained a waiver from compliance.

7.     I understand that in October 2014, the City of Los Angeles passed an ordinance called the "Citywide Hotel Worker Minimum Wage Ordinance" (the "*Hotel Workers Act*" or the "*Act*") and that this Act will apply to the Hotel.

8.     I understand that the Hotel Workers Act allows hotels to obtain a waiver from complying with any and all of its provisions.  I further am advised that such waivers are only effective if they have been obtained through a collective bargaining agreement (CBA) negotiated between an affected hotel and a union who has been established as the bargaining representative of that hotel's employees.

9.     The Renaissance LAX does not have a collective bargaining relationship or CBA with any union.  It, therefore, cannot presently seek an exemption from the economic burden of compliance with the new ordinance.

**Hotel-Employee Relations**

10.     The Hotel values its employees and pays competitive, market-based wage rates.

11.     The Hotel provides a full complement of benefits to all full-time employees, who work an average of at least 30 hours each week. They receive paid holidays, medical, dental, and vision benefits, and the option to participate in a 401(k) retirement plan with a partial employer match for employee contributions.

DECLARATION OF MICHAEL WLODKOWSKI

12.     Employer spends significant additional amounts per hour in benefits for its employees, on top of the wages employees earn, well above the additional $1.25 required under the LAX Corridor-specific minimum wage. None of these additional expenditures will be credited against the $15.37 minimum wage under the new Hotel Workers Act.

13.     Renaissance employees have not expressed to me any interest in being represented by Local 11 or any union. I believe that this is the result largely of our competitive pay and benefits and our fair personnel practices.

**Anticipated Impact of New Ordinance**

14.     I have reviewed the Hotel's accounting records and conferred with the Hotel finance department and Owner. Based on this information, I estimate that compliance with the new Ordinance will increase hotel costs by approximately $130,000 for 2015, if the $15.37 wage rate takes effect in July 2015.

15.     A large portion of this increase in costs will be as a consequence of pay raises for tipped employees.  Tipped employees, such as servers and bellpersons, currently are paid at the minimum wage required under the 2007 Hotel Ordinance and actually receive a significantly higher level of compensation than most other Hotel staff once tips and service charges are factored in.  Workers in non-tipped job classifications are generally already paid more than $11.03 per hour.  Many are already paid above the $15.37 rate required as of July 1, 2015.

16.     I understand that there are only four hotels in the LAX Corridor that do not have a collective bargaining relationship with Local 11 or any other union. I do not know of any union that represents or tries to organize non-engineering hotel workers in Los Angeles other than Local 11.

17.     The unionized hotels will be eligible to seek a waiver from the Union as part of their CBAs, which would allow them to avoid the costs of complying with the $15.37 hourly wage. As the Renaissance LAX does not have a CBA, it is not

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

4

DECLARATION OF MICHAEL WLODKOWSKI

currently eligible for a waiver from the Act's requirements, and is, therefore, at a competitive disadvantage with respect to unionized area hotels.

18.     The Act essentially imposes a tax on the hotels, like the Renaissance LAX, that do not have a CBA with Local 11 or another union, because of their labor relations policies, specifically, their non-union hotel status.

19.     Under the scheme imposed by the Act, the Hotel's arrangements with its employees – which are working well for management and staff – effectively subject the Hotel to a penalty of about $260,000 a year, which is the added cost of compliance with the new ordinance. Such a penalty will not be assessed against the union hotels. The Act therefore skews the competitive balance between non-union hotels like the Renaissance LAX and unionized hotels.

20.     As the result of operational adjustments made during the recent recession, the Hotel's operations are already very streamlined and efficient. The Hotel has limited options to recover the cost of compliance with the new ordinance. The Hotel will suffer this economic burden that its peers may avoid because of their different approach to labor relations and union organizing. Such harm and injury will be avoided if the preliminary injunction sought by Plaintiffs is granted.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21 , 2015, in Los Angeles, California.

Michael Wlodkowski

#34439414_v1

5

DECLARATION OF MICHAEL WLODKOWSKI

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On January 26, 2015, I served the document described as **DECLARATION OF MICHAEL WLODKOWSKI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January 26, 2015, Los Angeles, California.

By: _____
//S//
Kristina S. Azlin

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

PROOF OF SERVICE