Kristina S. Azlin (Bar No. 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES,<br><br>Defendant. | CASE NO. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [*PROPOSED*] ORDER**<br><br>Complaint served:      Dec. 29, 2014<br>Current response due: Feb. 19, 2015<br>New response date:    May 20, 2015 |

1

SECOND STIPULATION FOR EXTENSION OF TIME TO
FILE A RESPONSIVE PLEADING

## STIPULATION AND REQUEST FOR ORDER

Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association ("Plaintiffs") and Defendant City of Los Angeles (the "City" or "Defendant"), by and through their respective undersigned counsel, hereby stipulate as follows and request that the Court enter the [Proposed] Order attached hereto as Exhibit "A":

WHEREAS, the Complaint was filed in this action on December 16, 2014 [Docket No. 1];

WHEREAS, on January 16, 2015, the Parties filed a Joint Stipulation to extend the deadline for Defendant the City of Los Angeles to respond to the Complaint until February 19, 2015 [Docket No. 18];

WHEREAS, on January 26, 2015, Plaintiffs filed a Motion for Preliminary Injunction ("Plaintiffs' PI Motion"); Plaintiffs' PI Motion is based solely on their first cause of action, *viz.*, federal labor-law preemption [Docket No. 23];

WHEREAS, the Defendant City of Los Angeles intends to file a Motion to Dismiss as to all ten causes of action set forth in the Complaint (the "City's MTD"), which, in addition to the federal labor-law preemption claim, also purports to state claims under the Contracts Clause, Equal Protection Clause, Due Process Clause and Takings Clause of both the Federal and State Constitutions, as well as a claim based on California labor law preemption;

WHEREAS, in accordance with Local Rule 7-3, counsel for the Parties have met and conferred regarding the substance and timing of the City's MTD and have determined and agreed that adjudication of the City's MTD should be delayed until after the Parties' briefing on, and the Court's consideration of, Plaintiffs' PI Motion, which the Parties have separately stipulated and requested be set for hearing on April 6, 2015, since the outcome of that motion could potentially streamline the case and negate the Court's consideration of Plaintiffs' other nine causes of action; the Parties

have also agreed that when, and if, the City's MTD is filed, the City shall be allotted five-extra pages for that Motion and the Plaintiffs shall be allotted five-extra pages for their opposition brief; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between all parties and the Court's approval is requested that:

(1) Defendant the City of Los Angeles's deadline to respond to the Complaint shall be extended until Wednesday, May 20, 2015;

(2) In the event that Defendant chooses to file a MTD prior to the Court's issuance of an order on Plaintiffs' PI Motion, Defendant shall not file that motion until on or after Monday, March 23, 2015; and

(3) If the City's MTD is filed, Plaintiffs shall have 4-weeks to oppose such motion and Defendant shall have 2-weeks to reply, which reply shall be filed not less than 2-weeks prior to the hearing date requested for said MTD, and Defendant shall be allotted five-extra pages for such MTD and Plaintiffs shall be allotted five-extra pages for their opposition brief to that motion.

**IT IS SO STIPULATED.**

DATED: February 20, 2015                    Respectfully submitted,

HOLLAND & KNIGHT LLP


By:_____//S//_____
   Kristina Starr Azlin
   Michael Starr

Attorneys for Plaintiffs American Hotel
& Lodging Association and
Asian American Hotel Owners
Association

3
SECOND STIPULATION FOR EXTENSION OF TIME TO
FILE A RESPONSIVE PLEADING

1 | DATED: February 20, 2015                    Respectfully submitted,

2 |                                              CITY OF LOS ANGELES

4 |                                              By:_____//S//_____

5 | Ronald S. Whitaker, Assistant City Attorney
6 | Sara Ugaz, Deputy City Attorney
    Los Angeles City Attorney's Office
7 | 200 North Main Street, Room 916
    Los Angeles, CA 90012
8 | Tel: (213) 473-6878
    Fax: (213) 473-6818
9 | Email: sara.ugaz@lacity.org,
    ronald.whitaker@lacity.org

### Declaration of Consent to Electronic Signature

Pursuant to Central Dist. LR 5-4.3.4(a)(2), the electronic filer of this Stipulation, John A. Canale, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Date: February 20, 2015                    By:_____//S//_____
                                                       John A. Canale

*Holland & Knight LLP*
*400 South Hope Street, 8th Floor*
*Los Angeles, CA 90071*
*Tel: 213.896.2400  Fax: 213.896.2450*

4
SECOND STIPULATION FOR EXTENSION OF TIME TO
FILE A RESPONSIVE PLEADING

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On February 20, 2015, I served the document described as **SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT; [*PROPOSED*] ORDER** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 20, 2015, Los Angeles, California.

By: _____//S//_____
      John A. Canale

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450

PROOF OF SERVICE