Michael Starr (*Pro Hac Vice*)
Katherine H. Marques (*Pro Hac Vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 385-9010
E-mail: michael.starr@hklaw.com,
katherine.marques@hklaw.com

Kristina S. Azlin (Bar No. 235238)
John A. Canale (Bar No. 287287)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
E-mail: kristina.azlin@hklaw.com,
john.canale@hklaw.com

Attorneys for Plaintiffs
American Hotel & Lodging Association and
Asian American Hotel Owners Association

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN HOTEL & LODGING ASSOCIATION and ASIAN AMERICAN HOTEL OWNERS ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES and UNITE HERE Local 11<br><br>Defendants. | Case No. 2:14-cv-09603-AB-SS<br>Assigned to Hon. Andre Birotte Jr.<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

1
PRELIMINARY INJUNCTION APPEAL

Notice is hereby given that American Hotel & Lodging Association and Asian-American Hotel Owners Association, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit pursuant to 28 USC § § 1292(a)(1) from the Order Denying Plaintiffs' Motion for a Preliminary Injunction, which was entered in this action on May 13, 2015 (Docket No. 87). Plaintiffs' Representation Statement is attached hereto as Exhibit "A". FRAP 12(b); Circuit Rules 3-2(b), 12-2.

DATED: June 11, 2015

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Kristina Azlin

Michael Starr
Kristina S. Azlin
Katherine H. Marques
John C. Canale

Attorneys for Plaintiffs American Hotel & Lodging Association and Asian American Hotel Owners Association

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400 Fax: 213.896.2450

2
PRELIMINARY INJUNCTION APPEAL

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 S. Hope St., 8th Floor, Los Angeles, California 90071.

On June 11, 2015, I served the document described as **PRELIMINARY INJUNCTION APPEAL; PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: June 11, 2015, Los Angeles, California.

By: _____//S//_____
Kristina S. Azlin

Holland & Knight LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Tel: 213.896.2400  Fax: 213.896.2450