| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>John A. Canale | 2. PHONE NUMBER<br>213-896-2447 | 3. DATE<br>June 16, 2015 |
|---|---|---|

| 4. FIRM NAME:   Holland & Knight LLP | 5. E-MAIL ADDRESS:   john.canale@hklaw.com | | |
|---|---|---|---|
| 6. MAILING ADDRESS<br>400 South Hope Street, 8th floor | 7. CITY<br>Los Angeles | 8. STATE<br>CA | 9. ZIP CODE<br>90071 |

| 10. CASE NUMBER<br>2:14-cv-09603-AB-SS | 11. CASE NAME<br>American Hotel & Lodging Ass'n, et al v. City of Los Angeles, et | 12. JUDGE<br>Birotte |
|---|---|---|

| 13. APPEAL CASE NUMBER<br>15-55909 | 14. ORDER FOR   ☑ APPEAL     ☐ NON-APPEAL     ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS   ☐ AUSA   ☐ FPD   ☐ OTHER |
|---|---|

**15. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| April 6, 2015 | Chia Mei Jui | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☑ OTHER (PLEASE SPECIFY):  Preliminary Injunction Hearing |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |
|  |  | ☐ VOIR DIRE   ☐ OPENING STATEMENTS   ☐ SETTLEMENT INSTRUCTIONS   ☐ CLOSING ARGUMENTS   ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS   ☐ OTHER (PLEASE SPECIFY): |

**16. ORDER:**   IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER<br>OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☑ | 19. Transcription agency for digitally recorded proceedings: | |

**(CERTIFICATION 17 & 18)**
By signing the below, I certify that I will pay all charges
(deposit plus additional).

17. DATE:   June 16, 2015

18. SIGNATURE:   /s/ John A. Canale

20. Month:        Day:        Year:
Transcript payment arrangements were made with:

NAME OF OFFICIAL:   Chia Mei Jui

Payment of estimated transcript fees were sent on the following date:
Month:  May        Day: 18        Year: 2015

G-120 (09/12)