FILED

UNITED STATES COURT OF APPEALS

JUN 16 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN HOTEL AND LODGING ASSOCIATION; et al., Plaintiffs - Appellants, v. CITY OF LOS ANGELES, Defendant - Appellee, And UNITE HERE LOCAL 11, Intervenor-Defendant - Appellee, | No. 15-55909 D.C. No. 2:14-cv-09603-AB-SS Central District of California, Los Angeles ORDER |
| Chamber of Commerce of the United States of America; et al., Amicus. | |

    The appeal filed June 11, 2015 is a preliminary injunction appeal. Accordingly, Ninth Circuit Rule 3-3 shall apply.

    The mediation questionnaire is due three days after the date of this order.

    If they have not already done so, within 7 calendar days after the filing date of this order, the parties shall make arrangements to obtain from the court reporter

TSP/MOATT

an official transcript of proceedings in the district court that will be included in the record on appeal.

The briefing schedule shall proceed as follows: the opening brief and excerpts of record are due not later than July 9, 2015; the answering brief is due August 6, 2015 or 28 days after service of the opening brief, whichever is earlier; and the optional reply brief is due within 14 days after service of the answering brief. *See* 9th Cir. R. 3-3(b).

The parties are reminded that streamlined requests for extensions of time are not available in preliminary injunction appeals. *See* http://www.ca9.uscourts.gov/content/view.php?pk_id=0000000638. Any request for an extension of time must be requested under Ninth Circuit Rule 31-2.2(b).

Failure to file timely the opening brief shall result in the automatic dismissal of this appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT

    By: Tina S. Price
        Deputy Clerk