UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 14-09603-AB (SSx) | Date: August 13, 2015 |
| Title: American Hotel & Lodging Association et al. v. City of Los Angeles | |

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order DENYING as Moot Defendants' Motion to Dismiss

Pursuant to a stipulated briefing schedule, on July 21, 2015, Defendants filed a motion to dismiss Plaintiffs' initial complaint. (Dkt. No. 102.) On July 22, 2015, Free Speech For People, Courage Campaign, Equal Justice Society and Western Center on Law and Poverty filed a motion for leave to file a brief as amici curiae in connection with Defendants' motion to dismiss. (Dkt. No. 104.)

On August 11, 2015, Plaintiffs filed a first amended complaint, dismissing all but their first cause of action. (Dkt. No. 113.) In light of this, Defendants' motion to dismiss and the motion for leave to file a brief as amici curiae (Dkt. Nos. 102, 104) are hereby **DENIED** as moot. The October 19, 2015 hearing on Defendants' motion to dismiss and scheduling conference are hereby **VACATED**.

**IT IS SO ORDERED.**